CGFD71 (4/12/12)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Rosenberg v. DVI Receivables, XIV, LLC et al

**Adversary Case Number:** 10–03812–AJC
(Related Bankruptcy Case Number: 09–13196–AJC )
County of Residence or Place of Business: Miami

## TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☐ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☑ Related District Court Case Number: 12–21393–Seitz
  (Assigned to Motion filed pursuant to USDC Local Rule 87.4 c or d)
- ☑ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
  - ☑ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** DVI FUNDING, LLC, DVI Receivables, XIV, LLC, DVI Receivables, XIX, LLC, DVI Receivables, XVI, LLC, DVI Receivables, XVII, LLC, DVI Receivables, XVIII, LLC, JANE FOX, LYON FINANCIAL SERVICES, INC., U.S. BANK, N.A

**Attorney:** Peter H Levitt
201 S Biscayne Blvd # 1500
Miami, FL 33131

**Appellee/Respondent:** Maury Rosenberg

**Attorney:** Carlos E. Sardi
100 SE 2 St 44 Fl
Miami, FL 33131

**Title and Date of Order Appealed**, if applicable:

**Entered on Docket Date:**            **Docket Number:**

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☑ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 6/18/12

**CLERK OF COURT**
By: Jackie Antillon
Deputy Clerk   (305) 714–1800